**FILED**

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0671

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NUMBER DA 24-0671**

| | |
|---|---|
| ALLEN MUNRO & LINDA MUNRO,<br><br>     Appellees,<br><br>    v.<br><br>JOHN MUNRO,<br><br>     Appellant. | **ORDER** |

Upon receipt of the Appellant's Unopposed Motion for Extension of Time to File Opening Brief, and good cause shown, it is hereby ORDERED that the Appellant's motion is GRANTED. The Appellant shall file his opening brief on or before February 18, 2025.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 14 2025